*Margin note:* MAY TERM, 1838.

Casey v. Barcroft.

cessors in office, pursuant to the provisions of the act of 17th. Jan. 1831. After the repeal of this act by the law of 1835, and the transfer of the duties of the commissioner to the county court, it was held, that suit could not be instituted on such bond in the name of the commissioner, whose office had expired, and who was not legally entitled to receive the money for which the bond was given.

---

## Hardin Casey v. Elias Barcroft.

Edwards, Judge, delivered the opinion of the court.

In the former case, the bond sued on was payable one year after date. In this case, the bond is payable two years after date. In all other respects, the cases are precisely similar. The judgment of the circuit court ought, therefore, to be reversed; and the other Judges concurring, it is reversed.